THOMPSON HINE LLP
Constance M. Boland
300 Madison Avenue, 27th Floor
New York, New York 10017
Telephone: (212) 908-3950
Fax: (212) 344-6101
Connie.Boland@ThompsonHine.com

*Attorneys for Girobank, N.V. and Girobank International, N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Case No. 20-10132 (MEW) |
| IIG Global Trade Finance Fund Ltd. (in Official Liquidation), *et al.*, | : : : | Chapter 15 |
| Debtors. | : | Jointly Administered |
| IIG Global Trade Finance Fund Limited (in Official Liquidation) and IIG Structured Trade Finance Fund Ltd. (in Official Liquidation), | : : : | Adv. Pro. No. 21-01136 (MEW) |
| Plaintiffs, | : : | |
| v. | : : | |
| Valley National Bank (as successor-by-merger to Bank Leumi USA), | : : | |
| Defendants. | : : | |

**<u>NOTICE OF CHANGE OF FIRM ADDRESS</u>**

**PLEASE TAKE NOTICE** that effective May 22, 2023, Thompson Hine LLP's new address for its New York office is:

300 Madison Avenue, 27th Floor,
New York, New York 10017-6232

Please note that the telephone number, fax number and email addresses remain the same.

Please update your records accordingly and serve all future pleadings, notices and other papers upon us at our new office address.

DATED:  May 30, 2023
              New York, New York

Respectfully submitted,

THOMPSON HINE LLP

*/s/ Constance M. Boland*
Constance M. Boland
Brian P. Lanciault, Jr.
John Bae
300 Madison Avenue, 27th Floor
New York, New York 10017
Telephone: (212) 908-3950
Fax: (212) 344-6101
Connie.Boland@ThompsonHine.com

*Attorneys for Girobank, N.V. and Girobank International, N.V.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2023, a true copy of the foregoing Notice of Change of Firm Address was served via the Court's ECF system all on counsel of record.

/s/Constance M. Boland
Constance M. Boland